JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ GUPTA, | Case No. SACV 06-710 AN |
|     Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
|     Defendant. | |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed, and the action is dismissed with prejudice.

DATED:   March 6, 2008

                                      ARTHUR NAKAZATO
                                      ARTHUR NAKAZATO
                            UNITED STATES MAGISTRATE JUDGE